```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    KATHERINE R. LOO, CSBN 162029
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
 7      E-Mail: Katherine.Loo@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**OAKLAND DIVISION**

| | |
|---|---|
| ANDREA NARED,   )<br>           )<br>   Plaintiff,   )<br>           )<br>     v.     )<br>           )<br>MICHAEL J. ASTRUE,   )<br>Commissioner of Social Security,   )<br>           )<br>   Defendant.   )<br>_____ ) | CIVIL NO. 4:06-CV-03375-SBA<br><br>STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND TWO HUNDRED dollars and 00 cents ($3,200.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

   This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of THREE THOUSAND TWO HUNDRED dollars and 00 cents ($3,200.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to

EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: *March 6, 2008*  /s/ Tony Arjo
*(As authorized via email on 03/06/08)*
TONY ARJO
Attorney for Plaintiff

Dated: *March 7, 2008*  JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Katherine R. Loo
KATHERINE R. LOO
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

Dated: 5/19/09

*Saundra B. Armstrong*
THE HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge